IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NOS. 06-155-3, 06-490-2 |
| LEROY FIELDS : | |

# O R D E R

**AND NOW**, this 23rd day of December 2020, upon consideration of Defendant Leroy Fields *Pro Se* Motion for a Reduction in Sentence Pursuant to the First Step Act and the Changes to the Compassionate Release Statute and 18 U.S.C. § 3582(c)(1)(A)(i)  (Case No. 06-155-3, ECF No. 235; Case No. 06-490-2, ECF No. 185), the Government's Response (Case No. 06-155-3, ECF No. 237; Case No. 06-490-2, ECF No. 186), and Defendant's *Pro Se* Reply (Case No. 06-155-3, ECF No. 241; Case No. 06-490-2, ECF No. 190), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**